WISNER MANUFACTURING COMPANY, Appellant, v. BOVINA CENTER CO-OPERATIVE CREAMERY Co., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Petition of MIRIAM GLUCKMAN, to Compel BENJAMIN INDIG, Respondent, an Attorney at Law of the State of New York, to Account and Pay Over Certain Moneys and Turn Over Certain Papers, Instruments and Documents. MIRIAM GLUCKMAN, Appellant, BENJAMIN INDIG, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

ELLA O'NEILL, HAZEL HILL and GEORGE HILL, Respondents, v. SERVEL, INC., Appellant, Impleaded with Another.— Order granting plaintiff's motion for examination before trial unanimously modified by denying item 4, and by limiting item 1 to the refrigerator referred to in the complaint, and as so modified affirmed, without costs. Appeal from order denying motion for reargument dismissed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

MARGARET CURRAN v. ALEXANDER'S LADIES WEAR, INC.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of FRANK FARRELL for an Order of Mandamus against ROBERT MOSES, Park Commissioner of the City of New York— Motion for leave of appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

C. H. JANSSEN and W. PARKER JONES, as Trustees of NATIONAL FOOD AND GROCERY DISTRIBUTORS' CODE AUTHORITY, INC., v. TOM W. BALFE, as Treasurer of Metropolitan District Food and Grocery Distributors' Code Authority, New York State District No. 4.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MICHAEL P. KOSOLAPOFF v. MOSCOW FIRE INSURANCE COMPANY — UNITED STATES OF AMERICA — CATHERINE ILOVAISKY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, and Glennon, JJ.

FRANK ZANGHI v. ALBERT DI MARCO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK C. SCHLITT v. WILLIAM A. ADAMS, the Warden of or the Person in Charge of Tombs Prison in the Borough of Manhattan, City and State of New York, Impleaded with THE PEOPLE OF THE STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

RAFAEL AVERSA v. JAMES E. FINEGAN and Others and EDMOND B. BUTLER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.